**Signed: December 29, 2004**
**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

Baltimore Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 13 |
| MARIE EVERETT, | ) | |
| | ) | CASE No. 04-33194-ESD |
| Debtor. | ) | |
| | ) | |
| ABN AMRO MORTGAGE CAPITOL MARKETING GROUP and SUNTRUST MORTGAGE, INC., | ) ) ) ) | |
| Movants, | ) ) | |
| v. | ) ) | |
| MARIE EVERETT | ) ) | |
| and | ) ) | |
| GREOGRY EVERETT, CO-DEBTOR, | ) ) | |
| Respondents. | ) | |

ORDER CONDITIONING STAY AS TO ABN AMRO MORTGAGE CAPITOL MARKETING
GROUP and SUNTRUST MORTGAGE, INC.

This matter came on to be heard December 17, 2004, upon the Motion of ABN Amro Mortgage Capitol Marketing Group and SunTrust Mortgage, Inc., by Counsel, for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and 1301 and for imposition of in rem relief, the response filed on behalf of the debtor, the proffers made in open Court, and argument of

Page 1 of 5

Counsel.

And it being uncontested that ABN Amro Mortgage Capitol Marketing Group is a secured creditor of the Debtor and Gregory Everett, who is not a party to this bankruptcy proceeding, but who has been the subject of three previous chapter 13 proceedings, whose claim is based upon a certain Deed of Trust Note dated June 1, 1983 in the principal amount of $35,750.00, repayment of which is secured by that certain Deed of Trust dated June 1, 1983 and recorded in Liber 0060 at folio 499 among the land records of the City of Baltimore, Maryland, that while there has been no post-petition tender of payments as of the hearing date, that payments can be tendered forthwith and that, due to the repetitive filing of chapter 13 proceedings between the debtor and co-debtor, cause exists for the conditioning of the Stay of 11 U.S.C. Sections 362(a) and 1301 and the imposition of in rem relief in the event that this case fails for any reason.

UPON CONSIDERATION WHEREOF, it is therefore, ORDERED and ADJUDGED that the Motion be, and the same hereby is, GRANTED IN PART; and

It is further ADJUDGED and ORDERED that the Stay of 11 U.S.C. Sections 362(a) and 1301 against any acts of ABN Amro Mortgage Capitol Marketing Group, SunTrust Mortgage, Inc., their successors and/or assigns or current noteholder to enforce under State law the perfected security interest in the subject property which property has the address of 4111 Raymonn Avenue, Baltimore, Maryland  21213, and which is more particularly described as follows:

> BEGINNING FOR THE SAME on the southwestern side of Raymonn Avenue at the distance of 483 and 24/100ths feet southeasterly measured along the southwestern side of Raymonn Avenue from the southwestern side of Elmora Avenue which place of beginning is at a point in line with the center line of a partition wall there erected, and running thence south-easterly binding on the southwestern side of Raymonn Avenue 16 feet to a point in line with the center line of another partition wall there erected, thence running southwesterly to, through and along the center line of said last mentioned partition wall to the end thereof and continuing the same course in all 107 and 43/100ths feet to the northeaster side of an alley 16 feet wide there situate, thence running northwesterly binding on the northeastern side of said alley with the use thereof in common with others 16 and 7/10ths feet to meet a line drawn southwesterly from the place of beginning to, through and along the center line of the

partition wall first above mentioned in this description, thence running northeasterly reversing said line so drawn and binding thereon 112 and 2/10ths feet to the place of beginning.  The improvements thereon being now known as No. 4111 Raymonn Avenue.

be, and the same hereby is,  CONDITIONED as follows:

1. That the Debtor and/or Co-Debtor tender the November and December 2004 regular monthly payments and applicable late charges within ten (10) days from the entry of this Order directly to SunTrust Mortgage, Inc., servicing agent for ABN AMRO Mortgage Capitol Marketing Group; and

2. That the Debtor and/or Co-Debtor resume regular monthly payments, which are due on the first of each month, prior to the 15th of the month, which is the date that a late charge would be imposed, beginning in January 2005 and continuing for the life of the loan; and

3. That property insurance shall be maintained and the payments that shall be made shall include the escrow payment amount therefor; and

4. That in the event that this case is dismissed or converted to a Chapter 7 proceeding, the terms of this forbearance agreement are void; and

5. That in the event of a default, Counsel or other agent for ABN AMRO Mortgage Capitol Marketing Group or SunTrust Mortgage, Inc. may prepare a Certificate of Non-Payment stating the terms of the default and giving the Debtor and Co-Debtor ten (10) days from the filing of said Certificate with the Court and mailing of a copy thereof to the Debtor, Co-Debtor and Debtor's Counsel to cure the default by cashier's or certified funds or to contest the default.  In the event that such default is not cured within the time allotted, on the eleventh day after filing of said Certificate, the Stay of 11 U.S.C. Sections 362(a) and 1301 is terminated; and

6. That the right to cure set forth above shall be limited to two defaults; upon the third default, the ten day period set forth above shall still apply but only to the extent that the Debtor and/or Co-Debtor can prove that there was no default; and

7. That if the Stay of 11 U.S.C. Sections 362(a) and 1301 is terminated for whatever reason including the above or operation of law, then, for a period of 180 days from the termination of the Stay, an equitable servitude as to anyone claming an interest in this property shall be imposed, thereby permitting foreclosure proceedings in the Circuit Court of the City of Baltimore to be instituted and/or continued on the Deed of Trust and allowing the successful purchaser(s) to pursue the necessary legal means to obtain possession of the property.

I ASK FOR THIS:

BUONASSISSI, HENNING & LASH
A Professional Corporation
11350 Random Hills Road, Suite 600
Fairfax, Virginia  22030
(703) 691-0414

By: /s/ Mary Snyder Barry
      Mary Snyder Barry
      Federal Bar No. 04417
      Of Counsel to ABN AMRO Mortgage Capitol
      Marketing Group and SunTrust Mortgage, Inc.

COPIES TO:

Marie Everett
4111 Raymonn Avenue
Baltimore, Maryland  21213

Gregory Everett
4111 Raymonn Avenue
Baltimore, Maryland  21213

Louis Fiechtner, Esquire
8401 Corporate Drive
Suite 445
Landover, Maryland  20785

Ellen W. Cosby
P.O. Box 20016
Baltimore, Maryland  21284-0016

Mary Snyder Barry, Esquire
Buonassissi, Henning & Lash, P.C.
11350 Random Hills Road
Suite 600
Fairfax, Virginia  22030

**END OF ORDER**